UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-334-01-F3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILLIAM STANLEY JACKSON ) | |
| Defendant. ) | |

William Stanley Jackson ("Jackson") seeks, by letter motion [DE-45] filed September 13, 2012, an order reducing his sentence by one year when he successfully completes the Bureau of Prisons' Residential Drug Abuse Program (RDAP), for which he has applied. Jackson explains that the "gun bump" he received when he was sentenced in 2005 prevents him from qualifying for a reduction in his sentence of up to a year if he completes the RDAP.

While the court is pleased that Jackson intends to participate in the RDAP, the court is neither authorized nor inclined to alter the effect of the two-point enhancement imposed at sentencing. The court notes, however, that Jackson did benefit from a reduction in his sentence from 261 months down to 195 months in July 2006. See Amended Judgment [DE-44].

For the foregoing reasons, Jackson's Motion to Reduce Sentence [DE-45] is DENIED.

SO ORDERED.

This the 14th day of September, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge