IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM JACKSON )<br>Defendant ) | Case No. 5:04-CR-334-F |

### ORDER TO REDUCE TERM
### OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. §3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, William Jackson, to time served and commencement of the five-year term of supervised release previously imposed. The Court finds:

1. William Jackson pled guilty to violating 21 U.S.C. §841(a)(1), Possession with Intent to Distribute More than Five Grams of Methamphetamine. He was sentenced on July 18, 2006, to a 195-month term of imprisonment, followed by a five-year term of supervised release.

2. Mr. Jackson, age 50, has now served 126 months of his prison sentence (65% of the term). His Good Conduct Release Date is August 21, 2018.

3. Mr. Jackson suffers from end stage liver disease secondary to cirrhosis. The treating oncologist estimates his life expectancy to be 9 to 15 months.

4. Title 18 U.S.C. §3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal status constitutes extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

**DONE AND ORDERED THIS** 23rd **DAY OF DECEMBER 2014.**

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2