UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. William Stanley Jackson                                        Docket No. 5:04-CR-334-1F

Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, William Stanley Jackson, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possess with Intent to Distribute More Than 5 Grams of Methamphetamine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on April 26, 2005, to the custody of the Bureau of Prisons for a term of 261 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 18, 2006, as a result of changed circumstances pursuant to a 35(b) motion, the court reduced the imprisonment sentence to 195 months. On December 23, 2014, pursuant to a 18 U.S.C. § 3582(c)(1)(A)(i) motion from the director of the Bureau of Prisons as a result of the defendant's serious health condition, the court reduced the imprisonment sentence to time served. William Stanley Jackson was released from custody on December 23, 2014, at which time the term of supervised release commenced..

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of supervision, the defendant was ordered to pay restitution in the amount of $7,800 at a rate of $50 per month to commence 60 days after his release from custody. The defendant suffers from liver disease and receives $488 per month in disability benefits. As of this date, he has made no payments, but feels he can pay $20 per month. Due to his limited income, we feel that a reduction of the monthly payment to $20 is appropriate

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant's monthly monetary obligation is hereby reduced to $20.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301 |
| | Phone: 910-483-8613 |
| | Executed On: June 2, 2015 |

### ORDER OF THE COURT

Considered and ordered this ___3___ day of ___June___, 2015 and ordered filed and made a part of the records in the above case.

/s/ James C. Fox
James C. Fox
Senior U.S. District Judge